UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRIARCH PARTNERS, LLC,
                       Plaintiff,

-against-

AXIS INSURANCE COMPANY,
                       Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/17

16 **CIVIL** 2277 (VEC)

**JUDGMENT**

The parties having filed cross-motions for summary judgment, and the matter having come before the Honorable Valerie E. Caproni, United States District Judge, and the Court, on September 22, 2017, having rendered its Opinion and Order granting AXIS's motion for summary judgment; and denying Patriarch's motion for summary judgment; and directing the Clerk of the Court to enter judgment in favor of AXIS; and to terminate this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2017, AXIS's motion for summary judgment is granted. Patriarch's motion for summary judgment is denied; judgment is entered in favor of AXIS; accordingly, the case is closed.

**Dated:** New York, New York
         September 25, 2017

                                                     **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                          **BY:**
                                                   **Deputy Clerk**